1  Laura J. Thalacker
   Nevada Bar No. 5522
2  *lthalacker@lionelsawyer.com*
   Kelly R. Kichline
3  Nevada Bar No. 10642
   *kkichline@lionelsawyer.com*
4  LIONEL SAWYER & COLLINS
   1700 Bank of America Plaza
5  300 South Fourth Street
   Las Vegas, Nevada 89101
6  (702) 383-8848 (Telephone)
   (702) 383-8845 (Fax)

7
   Attorneys for Petitioner
8  Revenue Enhancement Consultants, Inc.

9

10              UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12  REVENUE ENHANCEMENT
    CONSULTANTS, INC.,
13                                          Case No.  2:09-cv-1308-RCJ-GWF
                    Petitioner,
14                                          **DEFAULT JUDGMENT**

15  v.

16  MANTRA FILMS, INC.,

17                    Respondent.

18         Petitioner, Revenue Enhancement Consultants, Inc. ("REC"), having petitioned this

19  Court to confirm the arbitration award entered on April 8, 2009 ("Arbitration Award") in favor

20  of REC and against Respondent, Mantra Films, Inc. ("Mantra"), the Court being otherwise

21  sufficiently advised and there being no just reason for delay, the Court finds as follows:

22         1.     A default was entered against Mantra on October 22, 2009.

23
           2      Mantra is not a minor, an incompetent person, or a current member of the military
24
    service.
25

26         3.     Mantra was given due notice of the petition for confirmation of arbitration award,

27  the default, and the motion for default judgment as required by the Federal Rules of Civil

28

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1    Procedure.

2         THEREFORE IT IS HEREBY ORDERED AND ADJUDGED THAT the Arbitration

3    Award is confirmed and that FINAL JUDGMENT is entered against Mantra in the principal

4    amount of $177,600.87, plus REC's reasonable attorney's fees in confirming this Award and

5    satisfying this judgment in the amount of $6,391.25, plus post-award interest accruing at the rate

6    set in 28 U.S.C.A. § 1961, accruing from the date of the award until paid in full,.

7

8

9

10        IT IS SO ORDERED:

11

12                                                  _____
                                                    U.S. DISTRICT COURT JUDGE
13
                                                    Dated:  December 15, 2009
14                                                  _____

                                                    Case No.  2:09-cv-1308-RCJ-GWF
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2